# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Red River Supply, Inc., | ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| National Oilwell Varco, L.P., et al., | ) |
| | ) Case No. 1-17-cv-126 |
| Defendants. | ) |

Before the court are motions for attorneys Richard Kirk Mueller and Alexander D. White to appear *pro hac vice* on Plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Mueller and White have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorneys Mueller and White have also paid the required admission fees to the office of the Clerk. Accordingly, the current motions (Docket Nos. 30, 31) are **GRANTED**. Attorneys Mueller and White are admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 22nd day of May, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge