# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Red River Supply, Inc., | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| National Oilwell Varco, L.P., et. al., | ) Case No. 1:17-cv-126 |
| Defendants. | ) |

Before the court is a "Joint Stipulation to Stay Proceedings" filed by the parties on November 1, 2018. The court **ADOPTS** the parties' stipulation (Doc. No. 47). The above-entitled action shall be stayed pending the parties' mediation scheduled for November 13, 2018. Should the parties be unable to resolve this matter a the mediation, the pretrial deadlines shall be amended as follows:

1. The parties shall have until January 11, 2019, to complete fact discovery and file discovery motion.

2. Defendant's expert witness disclosures are due by January 11, 2019.

3. Plaintiff's rebuttal expert witness disclosures are due by February 8, 2019.

4. The parties shall have until March 9, 2019, to complete discovery depositions of expert witnesses.

5. The parties shall have until March 20, 2019, to file other dispositive motions (summary judgment as to all or part of the case). Motions to exclude the testimony of expert witnesses shall be considered dispositive motions.

**IT IS SO ORDERED**.

Dated this 6th day of November, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court